# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LEO FRANKLIN                                                                  PLAINTIFF

v.                             5:06CV00194 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 16th day of April, 2007.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE